UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM EDWARD PERRY, JR.,

    Plaintiff,

v.                                    Case No. 3:18cv83-LC-CJK

ESCAMBIA COUNTY COMMISSION,
WILLIAM ROBINSON, and MR. BURGOSH,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On January 16, 2018, the undersigned entered an order (doc. 4) granting plaintiff leave to proceed *in forma pauperis* and advising plaintiff that his complaint is deficient in that he omitted page 4 of the complaint form. The undersigned allowed plaintiff 30 days in which to file either a notice of voluntary dismissal or an amended complaint and advised that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff failed to comply, the undersigned entered an order (doc. 5) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with

an order of the court.  The show cause order was returned as undeliverable with a notation that plaintiff was released from custody on February 8, 2018.  Plaintiff therefore was released from prison almost one month ago, but has not contacted the court or provided a current mailing address.  Based on the court's inability to contact plaintiff, completion of the preliminary screening process under 28 U.S.C. § 1915(e)(2) or the issuance of any other order would be futile.

Accordingly, it is respectfully RECOMMENDED:

1.   That plaintiff's complaint (doc. 1) be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

2.   That the clerk be directed to close the file.

At Pensacola, Florida this 13th day of March, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv83-LC-CJK