# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**WILLIAM EDWARD PERRY, JR.,**

    **Plaintiff,**

**v.**                                            **Case No. 3:18cv83-LC-CJK**

**ESCAMBIA COUNTY COMMISSION,**
**WILLIAM ROBINSON, and MR. BURGOSH,**

    **Defendants.**

_____/

## <u>ORDER</u>

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 13, 2018 (doc. 7).  Plaintiff has not been furnished a copy of the Report and Recommendation or afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), because he failed to keep the court apprised of his current mailing address.  Nevertheless, having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE

for plaintiff's failure to keep the court apprised of his mailing address.

3.     The Clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of April, 2018.


s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**